THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN NATALO,

Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor JJ.